

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00706-CV

**IN RE MORNINGSIDE MINISTRIES** d/b/a Morningside Ministries at the Manor

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Beth Watkins, Justice

Delivered and Filed: October 23, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On October 14, 2019, relator filed a petition for writ of mandamus and a motion for temporary relief pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The motion for temporary relief is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018CI23481, styled *Eugene A. Davis, et al. v. Alamo Mobile X Ray & EKG Services, Inc., et al.*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.